**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

**UNITED STATES OF AMERICA,**

**VS.**                                               **CRIMINAL ACTION NO. 2:04CR146-P-B**

**FREDRICK JERMAINE JONES,**                                               **DEFENDANT.**

## ORDER

This matter comes before the court upon Defendant's Motion to Correct an Oversight or Omission in Sentencing [42-1]. Upon due consideration of the motion, the court finds as follows, to-wit:

In the instant motion, the defendant urges that neither the Government nor the Probation Officer made any recommendation for the Defendant to be required to participate in a drug program when it was appropriate to do so.

After conferring with the Probation Officer, the court concludes that there is no indication that the defendant suffers from a chronic substance abuse problem justifying admittance to the 500 hour intensive drug treatment program operated by the Federal Bureau of Prisons. The defendant has not demonstrated otherwise.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Defendant's Motion to Correct an Oversight or Omission in Sentencing [42-1] is hereby **DENIED**.

**SO ORDERED** this the 18th day of August, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE